Priority Send ☒
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
JAN 14 2005
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| SCOTTISH RITE CATHEDRAL ASSOCIATION OF LOS ANGELES,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES,<br><br>Defendant. | CV 04-9008 TJH (AJWx)<br><br><br><br>Order |

The Court has considered Defendant's motion to stay, together with the moving and opposing papers.

**It is Ordered** that the motion be, and hereby is, **Granted**.

Date: January 13, 2005

Terry J. Hatter, Jr.
United States District Judge

DOCKETED ON CM
JAN 18 2005
BY ___ 02