

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| SCOTTISH RITE CATHEDRAL ASSOCIATION OF LOS ANGELES, a non-profit mutual benefit corporation,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>CITY OF LOS ANGELES,<br><br>Defendant - Appellee. | No. 05-55255<br><br>D.C. No. CV-04-09008-TJH<br>Central District of California,<br>Los Angeles<br><br>ORDER |



Before: PREGERSON, W. FLETCHER, and BERZON, Circuit Judges.

Pursuant to the stipulation by the parties, filed February 8, 2007, this appeal is DISMISSED with prejudice, and each party shall bear its own costs and fees.

This case is therefore removed from the February 12, 2007 calendar in Pasadena, California.

A copy of this order served on the district court shall constitute the mandate of this court.

