UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA  
CIVIL MINUTES - GENERAL

JS-6

| | |
|---|---|
| Case No. **CV 04-9008-TJH(AJWx)** | Date MARCH 7, 2008 |

Title *Scottish Rite Cathedral Association of Los Angeles v. City of Los Angeles*

Present: The Honorable   TERRY J. HATTER, JR.,  UNITED STATES DISTRICT COURT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS)   ORDER AND NOTICE TO ALL PARTIES

Counsel are hereby notified that pursuant to the Joint Stipulation of Dismissal with Prejudice filed on February 14, 2008, that this case is hereby closed.  Any pending motions are hereby moot.

**IT IS SO ORDERED.**

cc: all parties

CV-90 (12/02)   **CIVIL MINUTES - GENERAL**   Initials of Deputy Clerk ys